|  |  | The Hon. Benjamin H. Settle |
|---|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ALFRED L. FRANK, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. C07-5535-BHS |
| v. | ) | |
| JOHN E. POTTER, | ) | ORDER EXTENDING DEADLINES AND |
| Defendant. | ) | TRIAL DATE |

The parties, ALFRED L. FRANK; and JOHN E. POTTER, hereby filed a Stipulation and Proposed Order modifying the remaining deadlines in this matter (Dkt. 16).

On June 3, 2008, this Court entered a Minute Order setting the following deadlines:

- Dispositive motions by 02/11/2009
- Settlement conference by 03/13/2009
- Mediation by 04/13/2009
- Letter of compliance by 04/20/2009
- Motions in limine noted by the second Friday after 04/13/2009
- Agreed pretrial order by 04/20/2009
- Pretrial conference at 02:00 PM on 04/27/2009
- Trial briefs by 04/21/2009
- TWO DAY BENCH TRIAL set at 09:00 AM on MAY 12, 2009

The parties both have engaged in discovery and have attempted to advance this case expeditiously. Discovery is now closed. The parties recently have engaged in

discussions to attempt to amicably settle this matter. Those cooperative efforts would benefit from additional time, so as to perhaps preserve judicial resources. Additionally, counsel for Mr. Potter has a conflict with the currently scheduled trial date.

The parties have conferred and hereby STIPULATE and JOINTLY REQUEST that the Court enter the following order, which extends the remaining deadlines by approximately two (2) months:

-Dispositive motions must be filed by 04/13/2009

-Settlement conference must be held by 05/13/2009

-Mediation must be held by 05/13/2009

-Letter of compliance must be filed by 05/20/2009

-Motions in limine must be noted by the second Friday after 06/12/2009

-Agreed pretrial order must be filed by 06/19/2009

-Pretrial conference held at a time convenient for the Court on 06/29/2009

-Trial briefs must be filed by 06/22/2009

-TWO DAY BENCH TRIAL set at 09:00 AM on September 1, 2009.

So ORDERED this 9th day of February 2009.

BENJAMIN H. SETTLE

United States District Judge